FILED
CLERK, U.S. DISTRICT COURT
AUG - 4 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA -- WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) 11-1839M |
|---|---|
| Plaintiff, | ) ORDER [OF DETENTION] [SETTING |
| v. | ) CONDITIONS OF RELEASE] AFTER |
| John White | ) HEARING (18 U.S.C. §3148(b): |
| | ) (Allegations of Violation of Pretrial |
| | ) Conditions of Release) |
| Defendant. | ) |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release, and a warrant for arrest,

B.

The court finds there is:

(1)

    (A)   ( )     Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release and/or

    (B)   ( )     Clear and convincing evidence that the defendant has violated

1 any other condition of release; and

2 (2) (A) (-) Based on the factors set forth in 18 U.S.C. §3142(g), there is no
3 condition or combination of conditions of release that will
4 assure that the defendant will not flee or pose a danger to the
5 safety or any other person or the community; or

6 (B) (✗) The defendant is unlikely to abide by any condition or
7 combination of conditions of release.

8 (3) ( ) There is probable cause to believe that, while on release, the
9 defendant committed a Federal, State, or local felony, and the
10 presumption that no condition or combination of conditions
11 will assure that the person will not pose a danger to the safety
12 of any other person or the community has not been rebutted.

13 OR

14 (4) ( ) The court finds that there are conditions of release that will
15 assure that the defendant will not flee or pose a danger to the
16 safety any other person or the community, and that the
17 defendant will abide by such conditions. <u>See</u> separate Order
18 setting conditions.

19 ( ) It is further ordered that this order is stayed for 72 hours in order
20 to allow the Government to seek review from the assigned
21 district judge or criminal duty district judge as appropriate.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

<u>OR</u>

C.

( )   IT IS ORDERED defendant be detained prior to trial.

DATED: _8/4/11_

_____
UNITED STATES MAGISTRATE JUDGE

3